Shirley Seltzer, an Infant, by Pauline Seltzer, Her Guardian ad Litem, Respondent, v. City of New York, Appellant.—

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.